Statement of Earnings and Deductions.

**Pay Period: 02/26/2022 - 03/11/2022**

Deposit Date: 03-17-2022
Advice # 598028287

**PAID TO**
**MICHAEL G TRIEMER**                                        **$844.15**

3337 HINSDALE LANE          Bank of America    CHECK DEPOSIT    xxxxxxx3605      $844.15
BUFORD, GA 30519

THIS IS NOT A REAL CHECK

CURRENT PAY OVERVIEW

- Netpay
- Deductions
- Taxes

02/26 - 03/11

| PTO AVAILABLE | 64.88 |
|---|---|
| PROTPTOUSEDYTD | 16.00 |
| PROTECTED PTO | 15.10 |

| Pay Category | Hourly |
|---|---|

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76.37 | $14.2800 | $1,090.56 | $6,467.29 |
| OVERTIME EARN | | | $0.00 | $125.00 |
| PROT PTO USED | | | $0.00 | $226.24 |
| RETRO OVERTIME | -1.00 | $21.4200 | ($21.42) | ($42.42) |
| WRKDHRS | 76.37 | | | |
| **Total** | | | **$1,069.14** | **$6,776.11** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Total | $0.00 | $0.00 |

| TAXES | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.31 | $645.23 |
| SOCIAL SECURITY | $66.29 | $420.12 |
| MEDICARE | $15.50 | $98.25 |
| GEORGIA | $42.89 | $278.14 |
| **Total** | **$224.99** | **$1,441.74** |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | **$844.15** | **$5,334.37** |

## Statement of Earnings and Deductions

**Pay Period: 03/12/2022 - 03/25/2022**



Deposit Date: 03-31-2022
Advice # 599595804

**PAID TO**
**MICHAEL G TRIEMER**                            **$884.90**

3337 HINSDALE LANE        Bank of America    CHECK DEPOSIT    xxxxxxx3605    $884.90
BUFORD, GA 30519

**THIS IS NOT A REAL CHECK**

| EARNINGS | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| REGULAR EARNING | 78.53 | $14.2800 | $1,121.41 | $7,538.70 |
| OVERTIME EARN | 0.11 | $21.4200 | $2.36 | $127.36 |
| PROT PTO USED | | | $0.00 | $226.24 |
| RETRO OVERTIME | | | $0.00 | ($42.42) |
| WRKDHRS | 78.64 | | | |
| **Total** | | | **$1,123.77** | **$7,899.88** |

| TAXES | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $106.87 | $752.10 |
| SOCIAL SECURITY | $69.67 | $489.79 |
| MEDICARE | $16.30 | $114.55 |
| GEORGIA | $46.03 | $324.17 |
| **Total** | **$238.87** | **$1,680.61** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | **$884.90** | **$6,219.27** |

**CURRENT PAY OVERVIEW**

- Netpay
- Deductions
- Taxes

03/12 - 03/25

| PTO AVAILABLE | 67.42 |
|---|---|
| PROTPTOUSEDYTD | 16.00 |
| PROTECTED PTO | 17.73 |

**RATES**

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

Statement of Earnings and Deductions

**Pay Period: 03/26/2022 - 04/08/2022**

Deposit Date: 04-14-2022
Advice # 601147008

PAID TO
**MICHAEL G TRIEMER**  $1,082.40

3337 HINSDALE LANE     Bank of America    CHECK DEPOSIT    xxxxxxx3605    $1,082.40
BUFORD, GA 30519

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

- Netpay
- Deductions
- Taxes

03/26 - 04/08

| PTO AVAILABLE | 30.57 |
| PROTPTOUSEDYTD | 16.00 |
| PROTECTED PTO | 21.00 |

Pay Category | Hourly

Tax Method | Single
Exemptions | 0
Additional Withholding | $0.00

Tax Method | Single
Exemptions | 0
Additional Withholding | $0.00

| EARNINGS | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| REGULAR EARNING | 56.92 | $14.2800 | $812.82 | $8,401.52 |
| OVERTIME EARN | 0.21 | $21.4200 | $4.50 | $131.86 |
| PROT PTO USED | | | $0.00 | $226.24 |
| RETRO OVERTIME | | | $0.00 | ($42.42) |
| PTO PAY | 40.00 | $14.2800 | $571.20 | $571.20 |
| WRKDHRS | 57.13 | | | |
| **Total** | | | **$1,388.52** | **$9,288.40** |

| | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $138.64 | $890.74 |
| SOCIAL SECURITY | $86.09 | $575.88 |
| MEDICARE | $20.13 | $134.68 |
| GEORGIA | $61.26 | $385.43 |
| **Total** | **$306.12** | **$1,986.73** |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $1,082.40 | $7,301.67 |

**Pay Period: 04/09/2022 - 04/22/2022**

Deposit Date: 04-28-2022
Advice # 602692389

PAID TO
**MICHAEL G TRIEMER**                                    **$899.23**

3337 HINSDALE LANE
BUFORD, GA 30519

Bank of America    CHECK DEPOSIT    xxxxxxx3605    $899.23
Please Note: Direct Deposit funds are not available until the Deposit Date listed above on this statement.

THIS IS NOT A REAL CHECK

CURRENT PAY OVERVIEW

Netpay
Deductions
Taxes

04/09 - 04/22

PTO                    HRS
PTO AVAILABLE          25.16
PROTPTOUSEDYTD         24.00
PROTECTED PTO          15.69

Pay Category           Hourly

FEDERAL TAX WITHHOLDING
Tax Method             Single
Exemptions             0
Additional Withholding $0.00

STATE TAX WITHHOLDING
Tax Method             Single
Exemptions             0
Additional Withholding $0.00

| EARNINGS | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| REGULAR EARNING | 64.04 | $14.2800 | $914.49 | $9,316.01 |
| OVERTIME EARN |  |  | $0.00 | $131.86 |
| PROT PTO USED | 8.00 | $14.2800 | $114.24 | $340.48 |
| RETRO OVERTIME |  |  | $0.00 | ($42.42) |
| PTO PAY | 8.00 | $14.2800 | $114.24 | $685.44 |
| WRKDHRS | 64.04 |  |  |  |
| Total |  |  | $1,142.97 | $10,431.37 |

| DEDUCTIONS |  | CURRENT | YTD |
|---|---|---|---|
| Total |  | $0.00 | $0.00 |

| TAX | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | $109.17 | $999.91 |
| SOCIAL SECURITY | $70.86 | $646.74 |
| MEDICARE | $16.57 | $151.25 |
| GEORGIA | $47.14 | $432.57 |
| Total | $243.74 | $2,230.47 |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $899.23 | $8,200.90 |

Close

-Online Paystub-

- FAQ
- Logout
- Mm

- PAYSTUB
- SEARCH
- MORE...

- DIRECT DEPOSIT
- ONLINE W2

View Pay Period

From   05/07/22-05/20/22

To   05/07/22-05/20/22

Search

Want to file your taxes early?

Receive your W-2 up to 3 weeks early by consenting to online delivery.

Direct Deposit

Update your direct deposit now.

## Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.  479-273-4000**

**Statement of Earnings and Deductions.**
**Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.**

**Pay Period: 04/23/2022 - 05/06/2022**

Deposit Date: 05-12-2022
Advice # 604226962
PAID TO
MICHAEL G TRIEMER

MICHAEL G TRIEMER

$898.15

04/23/2022 - 05/06/2022
$898.15

3337 HINSDALE LANE
BUFORD, GA 30519

Bank of America
CHECK DEPOSIT
xxxxxxx3605
$898.15
THIS IS NOT A REAL CHECK

| EARNINGS | Hours / Rate | Hours | Rate | Current | Year to Date YTD |
|---|---|---|---|---|---|
| REGULAR EARNING | 79.85 | $14.2800 | 79.85@ $14.2800 | $1,140.26 | $10,456.27 |
| OVERTIME EARN | 0.06 | $21.4200 | 0.06@ $21.4200 | $1.29 | $133.15 |
| PROT PTO USED | | | | $0.00 | $340.48 |
| RETRO OVERTIME | | | | $0.00 | ($42.42) |
| PTO PAY | | | | $0.00 | $685.44 |
| WRKDHRS | 79.91 | | | | |
| Total | | | | $1,141.55 | $11,572.92 |

| TAX | CURRENT | Year to Date YTD |
|---|---|---|
| FEDERAL TAX | $109.00 | $1,108.91 |
| SOCIAL SECURITY | $70.78 | $717.52 |
| MEDICARE | $16.56 | $167.81 |
| GEORGIA | $47.06 | $479.63 |
| Total | $243.40 | $2,473.87 |

| DEDUCTIONS | CURRENT | Year to Date YTD |
|---|---|---|
| Total | $0.00 | $0.00 |

| DEDUCTIONS | CURRENT | Year to Date YTD |
|---|---|---|
| Total | $0.00 | $0.00 |

**NET PAY**    Current **$898.15**    Year to Date YTD **$9,099.05**

Get paid early with the Even app. Click here to download.

View PDF
CURRENT PAY OVERVIEW
04/23 - 05/06 Netpay Deductions Taxes

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 27.74 |
| PROTPTOUSEDYTD | 24.00 |
| PROTECTED PTO | 18.37 |

CATEGORY
Pay Category Hourly

**Federal Tax Withholding**

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**State Tax Withholding**

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

PROFILE

MICHAEL G TRIEMER

3337 HINSDALE LANE
BUFORD, GA 30519

All Material Walmart Confidential. © 2022

ATR Financial Services Inc
PO Box 2177
Lawrenceville, GA 30046

CHECK NO. 050254

DATE: 04/01/2022
AMOUNT: ******$331.86

PAY  VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********** | **********713 | 331.86 |

TO THE ORDER OF:
Michael Triemer
3337 Hinsdale Lane
Buford, GA 30519

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

| EMP. NO. | DEPT. | EMPLOYEE NAME | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|
| 18 | 100 | Triemer, Michael | | 03/13/2022 | 03/26/2022 | 050254 | 04/01/2022 |

| Earnings | Hrs/Units | Current Amount | Year To Date | Deductions | Current Amount | Y.T.D. |
|---|---|---|---|---|---|---|
| Regular | 28.020 | 364.26 | 1952.47 | Fed Withhold | 3.16 | 20.73 |
| | | | | Soc Security | 22.58 | 121.05 |
| | | | | Medicare | 5.28 | 28.31 |
| | | | | GA State W/H | 1.38 | 7.94 |

3337 Hinsdale Lane
Buford, GA 30519

Federal Marital Status: Single
Federal Exemptions: 1

GA State Marital Status: Single
GA State Exemptions: 0

Company Name: ATR Financial Services Inc, DBA: Jackson Hewett Tax
Company Address: PO Box 2177, Lawrenceville, GA 30046, , Tel: 678-313-4838

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET |
|---|---|---|---|---|---|---|
| 12.2500 | 364.26 | 32.40 | 331.86 | 1952.47 | 178.03 | 1774.44 |

ATR Financial Services Inc
PO Box 2177
Lawrenceville, GA 30046

CHECK NO.
050256

DATE
04/15/2022

AMOUNT
******$179.12

PAY    VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | **********713 | 179.12 |

TO THE ORDER OF
Michael Triemer
3337 Hinsdale Lane
Buford, GA 30519

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

| EMP. NO. | DEPT. | EMPLOYEE NAME | | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
| 18 | 100 | Triemer, Michael | | | 03/27/2022 | 04/09/2022 | 050256 | 04/15/2022 |

| Earnings | Hrs/Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | 14.920 | 193.96 | 2146.43 | Fed Withhold | .00 | 20.73 |
| | | | | Soc Security | 12.03 | 133.07 |
| | | | | Medicare | 2.81 | 31.12 |
| | | | | GA State W/H | .00 | 7.91 |

3337 Hinsdale Lane
Buford, GA 30519

Federal Marital Status:    Single
Federal Exemptions:    1

GA State Marital Status:    Single
GA State Exemptions:    0

Company Name:    ATR Financial Services Inc, DBA: Jackson Hewett Tax
Company Address:   PO Box 2177, Lawrenceville, GA 30046, , Tel: 678-313-4838

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET |
|---|---|---|---|---|---|---|
| 12.2500 | 193.96 | 14.84 | 179.12 | 2146.43 | 192.87 | 1953.56 |

ATR Financial Services Inc
PO Box 2177
Lawrenceville, GA 30046

CHECK NO.
050258

DATE
04/29/2022

AMOUNT
******$545.19

PAY   VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | **********713 | 545.19 |

TO THE ORDER OF
Michael Triemer
3337 Hinsdale Lane
Buford, GA 30519

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

| EMP. NO. | DEPT. | EMPLOYEE NAME | | | PERIOD BEG. | PERIOD END | CHECK NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 18 | 100 | Triemer, Michael | | | 04/10/2022 | 04/23/2022 | 050258 | 04/29/2022 |

| | Hrs/Units | Current Amount | Year to Date | Deductions | | Current Amount | Y.T.D. |
|---|---|---|---|---|---|---|---|
| Regular | 29.890 | 638.57 | 2785.00 | Fed Withhold | | 30.59 | 81.46 |
| | | | | Soc Security | | 39.59 | 172.67 |
| | | | | Medicare | | 9.26 | 40.37 |
| | | | | GA State W/H | | 13.94 | 21.75 |

3337 Hinsdale Lane
Buford, GA 30519

Federal Marital Status:  Single
Federal Exemptions:  1

GA State Marital Status:  Single
GA State Exemptions:  0

Company Name:   ATR Financial Services Inc, DBA: Jackson Hewett Tax
Company Address:  PO Box 2177, Lawrenceville, GA 30046, , Tel: 678-313-4838

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 12.2500 | 638.57 | 93.38 | 545.19 | 2785.00 | 286.25 | 2498.75 |